UNITED STATES of America,
Plaintiff—Appellee,

v.

William Nathaniel GRANT,
Defendant—Appellant.

No. 08–6520.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 19, 2008.

Decided: July 16, 2008.

William Nathaniel Grant, Appellant Pro Se. Jean Barrett Hudson, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Nathaniel Grant appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2000) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Grant,* No. 3:92–cr–00036–sgw (W.D.Va. Mar. 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*